**Order entered February 11, 2020**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01019-CV

### PHYLLIS SLICKER, Appellant

### V.

### LESLIE G. MARTIN, P.C., Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-15742

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than February 14, 2020, a supplemental clerk's record containing a copy of the (1) May 1, 2019 motion for nonsuit; (2) May 2, 2019 order of nonsuit; (3) May 24, 2019 order to sever; (4) May 24, 2020 order vacating judgment; and, (5) November 18, 2019 final judgment. *See* TEX. R. APP. P. 34.5(c)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/      KEN MOLBERG
       JUSTICE